UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: BAIR HUGGER FORCED AIR                MDL No. 15-2666 (JNE/DTS)
WARMING DEVICES PRODUCTS                      ORDER
LIABILITY LITIGATION

This Document Relates to:
Case No. 16-cv-4236 (*Theresa Serra and Barry Serra v. 3M Company and Arizant
       Healthcare, Inc.*)

In a Report and Recommendation dated January 26, 2026, the Honorable David T.

Schultz, United States Magistrate Judge, recommended that Barry Serra's loss-of-

consortium claim be dismissed without prejudice for failure to prosecute.  No objection

has been filed.  Based on a de novo review of the record, *see* Fed. R. Civ. P. 72(b), the

Court accepts the recommended disposition [Docket No. 37].  Therefore, Barry Serra's

loss-of-consortium claim is DISMISSED WITHOUT PREJUDICE for failure to

prosecute.

IT IS SO ORDERED.

Dated: May 5, 2026

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge