UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

IN RE BAIR HUGGER FORCED AIR
WARMING PRODUCTS
LIABILITY LITIGATION

MDL No. 15-md-2666 (JNE/DTS)

**AMENDED ORDER**

This Document Relates to Case Numbers:
- 15cv4363, Kent
- 16cv2501, Phillips
- 16cv3283, Daniels
- 16cv3315, Squires
- 16cv3416, Schenkel
- 16cv4153, Janowicz
- 16cv4236, Serra
- 17cv0216, Huberty
- 17cv0101, Anderson
- 17cv1153, Wills
- 17cv1839, Romesburg
- 17cv2210, Wyatt
- 17cv3246, Williams
- 17cv3249, Wright
- 17cv3370, Jones
- 17cv3405, Tyler
- 17cv3677, Fairbanks
- 17cv3698, Little
- 17cv4122, Abbott
- 17cv0423, Clement
- 17cv4444, Ruiz
- 17cv4558, Rios
- 17cv4799, Stubbs
- 17cv5195, Blake
- 18cv0666, Brown-Dring
- 18cv0834, Collins
- 18cv0877, Keithley
- 18cv0916, Foltz
- 18cv0992, Williams
- 18cv1222, Ellis
- 18cv1593, Williams
- 18cv2358, Sommer
- 18cv2823, Rudd
- 18cv2934, Fairfax
- 18cv3039, Smith
- 18cv3078, Ishmell

18cv3382, Brennan
19cv1263, Wallace
19cv1370, Hillmon
22cv1056, Shoop
22cv1404, Jackson
22cv3095, Swanson
23cv1406, Stehm
23cv3028, Wise
24cv0293, Krapfl
24cv0517, Craft
24cv0560, Graham
24cv0787, Walker
24cv1262, Wood
24cv1315, Enos
24cv2196, Braggs
24cv2978, Elliott
24cv3322, Bernard

---

Pretrial Order No. 14 requires Plaintiffs to serve Plaintiff Fact Sheets, including a completed and signed medical authorization, "no later than 90 days after the filing of their complaint or short-form complaint, or completed transfer of their case to this MDL proceeding, whichever is later." MDL Dkt. No. 117 at 1–2. Because in many of the above-captioned cases years have passed since Plaintiffs served a Plaintiff Fact Sheet and signed medical authorization, updated medical authorizations are needed.

**IT IS HEREBY ORDERED**: Plaintiffs are required to serve Defendants an updated medical authorization by July 31, 2025.

Dated: July 17, 2025                    *s/David T. Schultz*
                                        DAVID T. SCHULTZ
                                        U.S. Magistrate Judge